# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kenneth Pacheco | ) | Case No. |
| | ) | 25-cr-6480-MPK |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 7, 2025** in the county of **Suffolk** in the
District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 115(a) | Threatening a Federal law enforcement officer. |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Taylor Herman

☑ Continued on the attached sheet.

/s/ Taylor Herman

*Complainant's signature*

Special Agent Taylor Herman, FBI

*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 10/17/2025

*Judge's signature*

City and state: Boston, MA

Hon. Magistrate Judge M. Page Kelley

*Printed name and title*