UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: The Warden-Superintendent of BRISTOL COUNTY JAIL AND HOUSE OF CORRECTION, at 400 Faunce Corner Rd, North Dartmouth, MA 02747

YOU ARE COMMANDED to have the body of **KENNETH PACHECO** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 3, on the 3rd floor, Boston, Massachusetts on or before **April 28, 2026, at 2:30 P.M.** for the purpose of Sentencing in the case of:

UNITED STATES OF AMERICA V. PACHECO

Criminal Case Number 1:25-cr-10470-JEK.

And you are to retain the body of said **KENNETH PACHECO** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **KENNETH PACHECO** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this **23rd** day of **January, 2026**.

　　　　　/s/ Julia E. Kobick
UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　Robert M. Farrell
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: /s/ Haley Currie
　　　　　　　　　　　　　　　　　　Deputy Clerk